United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER N. WASHINGTON,

Plaintiff,

v.

WARDEN SVSP, et al.,

Defendants.

Case No. 21-cv-06844  BLF (PR)

**ORDER OF DISMISSAL**

On September 3, 2021, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.[1]  On the same day, the Clerk notified Plaintiff that he failed to file a complete *in forma pauperis* application ("IFP").  Dkt. No. 4. Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the action being dismissed without prejudice.  *Id*.

The deadline for responding to the Clerk's notice has passed, and Plaintiff has failed to comply or have any other communication with the Court.  Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

---

[1] This matter was reassigned to this Court on October 8, 2021, after Plaintiff did not file consent to magistrate jurisdiction in the time provided.  Dkt. No. 7.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __**November 12, 2021**__

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\06844Washington_dis-ifp

2