UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON, <br> Plaintiff, <br> v. <br> WARDEN SVSP, et al., <br> Defendants. | Case No. 21-06844 BLF (PR) <br><br> **ORDER GRANTING APPLICATION FOR ADMINISTRATIVE RELIEF; INSTRUCTIONS TO CLERK** <br><br> (Docket No. 10) |

On September 3, 2021, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1.[1] On the same day, the Clerk notified Plaintiff that he failed to file a complete *in forma pauperis* application ("IFP"). Dkt. No. 4. Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the action being dismissed without prejudice. *Id*. When the deadline passed without a response from Plaintiff, the Court dismissed the matter for failure to pay the filing fee on November 12, 2021, and entered judgment the same day. Dkt. Nos. 8, 9.

On December 1, 2021, Plaintiff filed an "ex-parte motion for administrative relief… with notice of address change," Dkt. No. 10, and a notice of change of address, Dkt. No.

---

[1] This matter was reassigned to this Court on October 8, 2021, after Plaintiff did not file consent to magistrate jurisdiction in the time provided. Dkt. No. 7.

11.  It is unclear whether Plaintiff received the Court's Order of Dismissal and Judgment since it appears he was transferred to another prison while this matter was pending.  He requests information regarding the payment of fees and copies of his filings without mention of the dismissal.  Accordingly, Plaintiff's request is GRANTED.  Plaintiff is advised that the total filing fee that is due on this matter is $350.  *See* Dkt. No. 4.

Plaintiff is advised that this matter has been closed.  If Plaintiff wants to move the Court for relief from judgment and have this action reopened, he may file a motion for reconsideration showing good cause **no later than twenty-eight (28) days** from the date this order is filed.  Along with the motion for reconsideration, Plaintiff must file a complete IFP motion or pay the full filing fee.

The Clerk shall enclose a copy of Plaintiff's complaint, Dkt. No. 1, copies of the Court's Order of Dismissal and Judgment, Dkt. Nos. 8, 9, a copy of the IFP application, and a copy of the docket.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated:  __December 13, 2021__

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion for Adm. Relief
P:\PRO-SE\BLF\CR.21\06844Washington_adm.relief

2