1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER N. WASHINGTON,

Plaintiff,

v.

WARDEN SVSP, et al.,

Defendants.

Case No. 21-06844 BLF (PR)

**ORDER GRANTING MOTION FOR RECONSIDERATION AND REOPENING ACTION; VACATING JUDGMENT; DIRECTING PLAINTIFF TO FILE *IN FORMA PAUPERIS* APPLICATION; INSTRUCTIONS TO CLERK**

(Docket Nos. 10, 12)

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On November 12, 2021, the Court dismissed the complaint for failure to pay the filing fee because Plaintiff did not respond to the Clerk's notice directing him to file a complete *in forma pauperis* ("IFP") application; judgment was entered the same day.  Dkt. Nos. 8, 9.

Plaintiff has filed an application for administrative relief, Dkt. No. 10, and a motion for reconsideration, Dkt. No. 12.  Plaintiff asserts that he was transferred to another prison in September 2021, and filed notice of change of address with the Court but heard nothing. Dkt. No. 12 at 1.  The Court notes that there is no record of a notice of change of address being filed during the time indicated by Plaintiff.  Nevertheless, in the interest of justice, the Court will grant Plaintiff's motion for reconsideration and reopen this action.

1    Accordingly, the Judgment entered on November 12, 2021, Dkt. No. 9 is **VACATED**.

2    Plaintiff shall file a complete IFP application **no later than twenty-eight (28) days** from

3    the date this order is filed.

4          The Clerk shall enclose a copy of the court's form IFP application and a copy of

5    Plaintiff's complaint and attachments thereto, Dkt. Nos. 1, 2.

6          This order terminates Docket Nos. 10 and 12.

7          The Clerk shall reopen the file.

8          **IT IS SO ORDERED.**

9    **Dated:  _December 13, 2021_____**

10                                          BETH LABSON FREEMAN
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Order Reopening Action; Vacating Judgment
     PRO-SE\BLF\CR.21\06844Washington_reopen

26

27

28

United States District Court
Northern District of California