UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SVSP, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-06844 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 22) |

　　　　Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison. Dkt. No. 1. On June 13, 2022, the Court dismissed the complaint with leave to amend. Dkt. No. 21. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed. *Id.*

　　　　Plaintiff has filed a motion for an extension of time to file an amended complaint due to his move to CMF Prison in Vacaville, California. Dkt. No.22. Good cause appearing, the motion is GRANTED. Plaintiff shall file an amended complaint using the court's form complaint to attempt to correct the deficiencies in the original complaint no later than **twenty-eight (28) days from the date this order is filed.**

The amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. C 21-cv-06844 BLF (PR), and the words "AMENDED COMPLAINT" on the first page. Plaintiff must answer all the questions on the form in order for the action to proceed. Plaintiff is reminded that the amended complaint supersedes the original, and Plaintiff may not make references to the original complaint. Claims not included in the amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing an amended complaint in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

IT IS SO ORDERED.

Dated: __July 15, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to File Am. Compl.
PRO-SE\BLF\CR.21\06844Washington_eot-ac

2